OPINION — AG — ** INSURANCE — PREGNANCY — EXPENSES ** COSTS ARISING FROM PREGNANCY, CHILDBIRTH AND ASSOCIATED PRENATAL AND MATERNITY CARE AND TREATMENT ARE ENCOMPASSED BY THE TERMS "CONTINUOUS LOSS" AND "PLAN OF SURGICAL TREATMENT", USED IN 36 O.S. 4509 [36-4509] (TERMINATED EMPLOYEE, EXPENSES, INSURANCE POLICY, TREATMENT, BENEFITS, GROUP INSURANCE) CITE: 36 O.S. 4509 [36-4509](B) (JOHN PAUL JOHNSON)